within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–936.　IN RE DISBARMENT OF FELDMAN.　It is ordered that David Phillip Feldman, of East Amherst, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–937.　IN RE DISBARMENT OF DEAM.　It is ordered that William Alan Deam, of Yankton, S. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–938.　IN RE DISBARMENT OF IRELAND.　It is ordered that Gregory F. Ireland, of Carmel, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

SEPTEMBER 26, 1990

No. 90–5464.　ROMMANN v. UNITED STATES.　C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 27, 1990

No. 90–121.　PITTSBURGH CORNING CORP. v. SIMPSON, INDIVIDUALLY AND AS EXECUTRIX OF ESTATE OF SIMPSON, DECEASED.　C. A. 2d Cir.　Certiorari dismissed under this Court's Rule 46.